IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NANCY SCHERMERHORN and
RICHARD SCHERMERHORN,

              ORDER

      Plaintiffs,

              12-cv-774-bbc

   v.

FIRST ASSOCIATES LOAN
SERVICING, LLC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   Plaintiffs have filed a notice of settlement, dkt. #6.  The parties may have until January 9, 2013, in which to complete the settlement and file it with the court. If they are unable to do so by that time, counsel are to report on the status of the matter at a telephone conference to be held on January 9, 2013 at 8:45 a.m.  Plaintiffs' counsel is to initiate the conference call to chambers at (608) 264-5447.  If, before January 9, 2013, plaintiffs' counsel has advised the court that it may enter its standard order of dismissal or has filed a statement confirming settlement, the status conference will be canceled.

   Entered this 14th day of December, 2012.

            BY THE COURT:

            /s/

            BARBARA B. CRABB
            District Judge